IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE ESTATE OF MICHAEL TRISTIAN PAONE, DECEASED,** by and through the Administrators of the Estate, Michael Paone, Jr. and Lisa Paone, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **PLYMOUTH TOWNSHIP et al.**, <br><br> *Defendants.* | Case No. 2:22-cv-02178-JDW |

### ORDER

**AND NOW**, this 13th day of December, 2024, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 35), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.